IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENRIQUE QUIJADA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No. 3:23-cv-166 |
| ) | Judge Stephanie L. Haines |
| MICHAEL UNDERWOOD, ) | Magistrate Judge Maureen P. Kelly |
| ) | |
| Defendant. ) | |
| ) | |

### MEMORANDUM ORDER

On July 11, 2025, Magistrate Judge Kelly filed a Report and Recommendation (ECF No. 37) recommending that the Petition for Writ of Habeas Corpus (ECF No. 9), filed by Enrique Quijada ("Petitioner") be dismissed as moot. The Court found that Petitioner is no longer in the custody of the Bureau of Prisons and the relief he sought in Earned Time Credits can no longer be provided by the Court. Petitioner was advised he had fourteen days to file objections to the Report and Recommendation. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. Petitioner has not filed any objections to the Report and Recommendation, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 37) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Kelly in this matter.

Accordingly, the following order is entered:

1

## **ORDER**

AND NOW, this 31st day of July, 2025, IT IS ORDERED that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 9) hereby is DISMISSED as moot; and,

IT IS FURTHER ORDERED that Magistrate Judge Kelly's Report and Recommendation (ECF No. 37) is adopted as the Opinion of the Court.

The Clerk of Court is to mark this case Closed.

Stephanie L. Haines
United States District Judge